UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

         -against-

THE FEDERAL REPUBLIC OF
GERMANY; THE BUDESKRIMINALAMT
OF THE FEDERAL REPUBLIC OF
GERMANY,

                    Defendants.

23-CV-7497 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants have violated his rights. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court an identical complaint against the same Defendants.[1] That case is presently pending before the Honorable Vernon S. Broderick of this court under docket number 23-CV-6395 (VSB). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 23-CV-6395 (VSB). Plaintiff should make any future filings pertaining to these claims in the case pending under docket number 23-CV-6395 (VSB).

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of 23-CV-6395 (VSB).

Plaintiff should make any future filings pertaining to these claims in the case pending under docket number 23-CV-6395 (VSB).

---

[1] Plaintiff filed both complaints under the name "John Doe" and has filed, in both cases, an identical motion to proceed under a pseudonym,

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   August 24, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                    _____
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge