UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE

                              Plaintiff,

                -against-

THE FEDERAL REPUBLIC OF GERMANY,
ET AL,

                              Defendants.

23-CV-7497 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    August 24, 2023
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge